H. Douglas Owens, 7762
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone: (801) 799-5800

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESUS MORENO, MANUEL RAMIREZ, AND JESUS BARAJAS, ON BEHALF OF THEMSELVES AND OTHER SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> ZITTING BROTHERS CONSTRUCTION, INC., SAMUEL ZITTING, AND JARED ZITTING, <br><br> Defendants. | **ANSWER TO FIRST AMENDED COMPLAINT** <br><br><br><br><br><br> Civil No. 2:08-CV-00995 DAK <br><br> Judge Dale A. Kimball |

Defendants Zitting Brothers Construction, Inc., Samuel Zitting, and Jared Zitting (collectively "Zitting Construction") now appear and answer the First Amended Complaint of Plaintiffs Jesus Moreno, Manuel Ramirez, and Jesus Barajas ("Plaintiffs") as follows:

Zitting Construction answered the original Complaint in great detail. The First Amended Complaint is very similar to the original Complaint but adds new allegations that almost exclusively concern a new defendant, ESG Administration, Inc. ("ESG").

Zitting Construction hereby incorporates its denials, admissions, and other responses from its answer to the original Complaint. Zitting Construction denies all new allegations made in the First Amended Complaint, either because Zitting Construction lacks sufficient knowledge to form a belief as to the truth of the matters alleged, or because the new allegations constitute legal conclusions. In the case of paragraph 12 of the First Amended Complaint, the allegations are ambiguous and are denied to the extent they are comprehensible.

Zitting Construction incorporates its previously stated affirmative defenses and prayer for relief, as well as those alleged by ESG in its Answer.

DATED this 21st day of October, 2009.

                                   HOLLAND & HART LLP

                                   /s/ H. Douglas Owens
                                   H. Douglas Owens
                                   Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2009, I electronically filed the foregoing ANSWER TO FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David I. Moulton
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
dmoulton@brucknerburch.com

Paul Tsosie
Tsosie & Hatch, LLC
7864 South Redwood Road
West Jordan, Utah 84088
paul@thlawfirm.com

/s/Lourdes C. Paul
Lourdes C. Paul

4639450_1.DOC